**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7800

WADE STEPHNEY,

Plaintiff - Appellant,

versus

SEASIDE TRUCK, Auto Sales & Auto Salesmen;
BOBBY SANDERS; RONNIE SANDERS; T. J. HARRIS;
HORRY COUNTY POLICE DEPARTMENT; CRYSTAL BURKE;
NORTH BEACH CITY POLICE DEPARTMENT; PHIL
WEBSTER, Lieutenant; JOEL MCGARTLIN; J. W.
MILLER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   C. Weston Houck, Senior District
Judge.  (CA-04-1381-4-27BH)

Submitted:  January 13, 2005          Decided:  January 21, 2005

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wade Stephney, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wade Stephney appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stephney v. Seaside Truck, No. CA-04-1381-4-27BH (D.S.C. Oct. 8, 2004). We deny Stephney's "Notice and Motion for Continue to Amended Additional Defendant," and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED